**DISMISS and Opinion Filed October 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00063-CV**

**SHIRLEY YOUNG, Appellant**
**V.**
**TYLER STREET MANOR INC., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05417-C**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Goldstein
Opinion by Justice Reichek

On September 16, 2022, after appellant had failed to file her brief, we directed appellant to file, within ten days, her brief and an extension motion. Although we cautioned her that failure to comply would result in the appeal being dismissed, *see* TEX. R. APP. P. 38.8(a)(1), appellant has not complied. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220063F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SHIRLEY YOUNG, Appellant

No. 05-22-00063-CV     V.

TYLER STREET MANOR INC.,
Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-21-05417-
C.
Opinion delivered by Justice
Reichek, Justices Schenck and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered October 28, 2022.